USDC SCAN INDEX SHEET

















CSG   6/24/99   10:55

3:98-CR-01597   USA V. SNARSKY

*136*

*CRMO.*

## Minutes of the United States District Court
## Southern District of California

U.S.A. vs. __BRUCE ANKROM__ ( 4 ) Crim. No. __99CR1597-IEG__
__PAUL SHVARTSBURD__ ( 6 ) Mag. No. _____
_____ ( ) _____ ( ) _____ ( )

Magistrate Judge __ANTHONY J. BATTAGLIA__   Tape No. __AJB99-01:1113-3155__

Atty __SHAWN HAYS__ for ( 4 ) _X_ CJA ___ RET ___ PDA
Atty __WARD CLAY__ for ( 6 ) _X_ CJA ___ RET ___ PDA
Atty _____ for ( ) ___ CJA ___ RET ___ PDA
Atty _____ for ( ) ___ CJA ___ RET ___ PDA
Atty _____ for ( ) ___ CJA ___ RET ___ PDA
Atty _____ Appointed for material witness(es)

___ cresrasgn Case reassigned to Magistrate Judge/DJ orders case trans to Judge Thompson _____
crars/craprntc DOA/NTA/SURR _____  True Name _____
_X_ crarr Dft(s) arraigned ___ Not guilty all cnts _X_ crpleagu Guilty plea/change plea guilty   Cnt(s) _1_
___ Juv delinq counts _____ _____ Denial ___ Admission
___ Dft N/A ___ crw B/W issued   crbnd Bail on B/W _____ P/S C/CS
___ Issuance of B/W stayed until _____ ___ crrcl B/W recalled ___ Never issued
___ crdismcnt Case dismissed on oral motion of court/govt/dft with/without prejudice
crbnd Bail set/modified  $ _____ P/S C/CS ___ crbnd Bail affirmed ___ 18:3142(d) lifted
___ crrul Govt oral motion for detention hearing held   Motion ___ granted ___ denied
___ Dft waives detention hearing w/out prejudice - order filed
___ Govt to prepare detention order by _____   Risk of ___ flight ___ danger
___ Detention hearing not held ___ See bail above ___ crbnd No bail set
Bond ___ crbndexo Exonerated ___ crbnd Reinstated ___ crbndrvk Revoked
___ crbndfrft Forfeited ___ crbnd Forft set aside
crsched Case set for __09/27/99__ @ __9:00__ am   before Judge __GONZALEZ__
___ Preliminary exam ___ Motion setting ___ Hrg motions/trial setting
___ Identity/removal hrg ___ Status hearing re _____
___ Status re psych exam ___ Dispo ___ Other
_X_ Hearing presentence rpt/sentencing _X_ Referred to probation
___ Pretrial Service OSC hearing ___ Probation/spv release OSC hearing
_X_ Pending date(s) vacated ___ Pending motion(s) withdrawn
_X_ Govt's exhibit #1 marked and returned to govt
Other: **Dfts to remain on bond, pending sentencing.**

Date: __06-22-99__   Deputy: __YM__

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs BRUCE ANKRUM (04) PAUL SHVARTSKUKL (06)   No. 98CR1597-IEG

The Court finds excludable delay, under the section indicated by check (✓), commenced on: 6/22/99 and ended on 9/27/99

3161(h)

| | | |
|---|---|---|
| ___(1)(A) | Exam or hrg for mental or physical incapacity (18:4244) | A |
| ___(1)(B) | NARA examination (28:2902) | B |
| ___(1)(D) | State or Federal trials or other charges | C |
| ___(1)(E) | Interlocutory appeals | D |
| ___(1)(F) | Pretrial motions (from flg to hrg or other prompt dispos) | E |
| ___(1)(G) | Transfers from other districts (per FRCrP 20, 21 & 40) | F |
| ___(1)(J) | Proceedings under advisement not to exceed thirty days | G |
| ___ | Misc proc: Parole or prob rev, deportation, extradition | H |
| ___(1)(C) | Deferral of prosecution under 28:2902 | 5 |
| ___(1)(H) | Transportation from another district or to/from examination or hospitalization in ten days or less | 6 |
| ___(1)(I) | Consideration by Court of proposed plea agreement | 7 |
| ___(2) | Prosecution deferred by mutual agreement | I |
| ___(3)(A)(B) | Unavailability of defendant or essential witness | M |
| ___(4) | Period of mental or physical incompetence of defendant to stand trial | N |
| ___(5) | Period of NARA commitment or treatment | O |
| ___(6) | Superseding indictment and/or new charges | P |
| ___(7) | Defendant awaiting trial of co-defendant when no severance has been granted | R |
| ___(8)(A)(B) | Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| ✓(8)(B)(I) | 1) Failure to grant a continuance in the proceeding would result in a miscarriage of justice and the ends of justice outweigh the best interest Of the public and the defendant in a speedy trial. | T1 |
| | 2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. | |
| ___(8)(B)(ii) | 2) Case unusual or complex | T2 |
| ___(8)(B)(iii) | 3) Indictment following arrest cannot be filed in thirty (30) days | T3 |
| ___(8)(B)(iv) | 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare | T4 |
| ___3161(I) | Time up to withdrawal of guilty plea | U |
| ___3161(b) | Grand jury indictment time extended thirty (30) more days | W |

Date 6/22/99

Judge's Initials