USDC SCAN INDEX SHEET

















CSG   4/25/00   11:02

3:98-CR-01597   USA V. SNARSKY

*283*

*CRMO.*

Minutes of the United States District Court
Southern District of California

Hon. Irma E. Gonzalez      Deputy Clerk: L. Fuchigami      Reporter: R. Heywood

98CR1597-IEG      USA      V.      BRUCE ANKROM (4)                    (B)   52728-198

P/O REPORT AND SENTENCE            SHAWN HAYS (APPTD)(4)
PLEA GUILTY CT 1

IND 28 CTS
18 USC 371
18 USC 1341                        AUSA: LARRY SPONG
18 USC 2
CONSP/MAIL FRAUD
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

                   DEFT CHANGE OF PLEA GUILTY CTS 9,10,17,18,22 & 27
                   CTS 1,9,10,17,18,22 & 27
                   PROBATION 3 YEARS AS TO EACH COUNT CONCURRENTLY
                   PENALTY ASSESSMENT $700 ($100 EACH COUNT)
                   NO FINE
                   RESTITUTION IN AMOUNT OF $4,000
                   GOV'T ORAL MOT DISMISS REMAINING COUNTS - GRANTED
                   BOND EXONERATED

DATE:   4-25-00

                                                                    Deputy

283